```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Louise Reid, individually and on behalf of all other persons similarly situated,

          Plaintiff,

-against-

A-Plus Care HHC Inc.,

          Defendants.

1:23-cv-01163 (JPC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than February 5, 2024, Defendants shall produce to Plaintiff a list of names of employees who worked at least seven 24-hour shifts for each of the years 2017 through 2023 in the format previously agreed to by the parties. (*See* 1/17/2024 Letter Motion, ECF No. 26, ¶ 6.)

2. No later than February 8, 2024, Plaintiff shall select 10 employees from each year (the "Sample Employees") and provide the selected names to Defendants.

3. No later than February 15, 2024, Defendants shall file a letter with the Court proposing a date by which Defendants shall begin a rolling production of the documents for each Sample Employees as set forth in ¶ 6 of the 1/17/2024 Letter Motion.

4. The deadline for the completion of fact discovery is extended until May 28, 2024. Further extensions may be granted based upon the information provided by Defendants in their February 15, 2024 letter and for good cause shown.

**SO ORDERED.**

Dated:   New York, New York
         January 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge