```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Louise Reid, individually and on behalf of all other persons similarly situated,

        Plaintiff,

-against-

A-Plus Care HHC Inc.,

        Defendants.

1:23-cv-01163 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that, no later than August 28, 2024, Defendants shall produce to Plaintiff the 7,017 pages of documents for 70 sample plaintiffs referenced in the parties' August 14, 2024 Letter Motion for purposes of merits and/or class discovery in this action. (8/14/24 Letter Motion, ECF No. 39.)

**SO ORDERED.**

Dated:    New York, New York
          August 21, 2024

_____
STEWART D. AARON
United States Magistrate Judge