USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Louise Reid, individually and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

A-Plus Care HHC Inc.,

                Defendants.

1:23-cv-01163 (JPC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      The Clerk of Court is respectfully requested to seal the documents filed at ECF Nos. 45-3 through 45-7 and ECF No. 47, which contain caregivers' social security numbers. *See* Fed. R. Civ. P. 5.2 (requiring redaction of all but the last four digits of social security numbers). It is hereby Ordered that, no later than November 26, 2024, Plaintiff shall file redacted versions of these documents to the ECF docket. Plaintiff also shall carefully review the entirety of her prior submission in support of her motion to certify to ensure that no other documents contain social security numbers. If Plaintiff identifies additional documents containing social security numbers, she shall promptly inform the Court and shall file a proposed redacted version no later than November 26, 2024.

**SO ORDERED.**

Dated:      New York, New York
              November 19, 2024

_____
STEWART D. AARON
United States Magistrate Judge