UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Louise Reid, individually and on behalf of all other persons similarly situated, | |
| Plaintiff, | 1:23-cv-01163 (JPC) (SDA) |
| -against- | ORDER |
| A-Plus Care HHC Inc., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that the revised proposed notice (Notice, ECF No. 80) is approved.

It is further ORDERED that, no later than July 2, 2025, the parties shall file a joint letter setting forth proposed next steps in this action, including a proposed schedule for the completion of any remaining discovery.

**SO ORDERED.**

Dated:   New York, New York
         June 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge