**LAW OFFICE OF WILLIAM COUDERT RAND**
**501 Fifth Avenue, 15th Floor**
**New York, New York 10017**
**Phone (212) 286-1425; Fax: (646) 688-3078**
**Email: wcrand@wcrand.com**

July 28, 2026

**Via ECF**

Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Deputy Phone: (212) 805-4620
Courtroom: 11C
Chambers Phone: (212) 805-0274

Application GRANTED. SO ORDERED.
Dated: July 29, 2026

**Re: Louise Reid v. A-Plus Care HHC Inc. et al,**
**Index No: 1: 23-cv-01163 (JPC)(SDA)**

**JOINT LETTER MOTION TO EXTEND STAY OF DISCOVERY TO PERMIT FURTHER SETTLEMENT NEGOTATIONS**

Dear Judge Aaron:

This firm represents the Plaintiffs in the above referenced collective action alleging wage and hour claims. I am writing this joint letter together with counsel for Defendants to request that the stay of discovery be extended from July 31, 2026 to August 31, 2026 and that the discovery deadline be extended from August 14, 2026 to September 14, 2026. *See* Order dated June 4, 2026.

The reason for the request is that the parties are trying to negotiate a global settlement which will include this federal collective action and a class action filed in New York Supreme Court (*Tapper v A-Plus Care HHC Inc. et al.*, 817847-2025E). Recently, the Defendants were able to produce all the shifts of the health aides in the class (which include the collective plaintiffs) along with the toileting and turning duty report information associated with the shifts. Due to the sheer volume of the information being examined and analyzed, the Defendants experienced unforeseen delays in retrieving and producing the required information. The parties now have a global settlement spreadsheet and are using it to make offers and counter offers. The parties are hoping that if more time is provided to negotiate, we will be able to reach a global settlement.

Thank you again for your consideration of this joint request.

Respectfully,

/s/William C. Rand
William C. Rand
*Attorney for Plaintiff*

/s/Aaron C. Schlesinger
Aaon C. Sclesinger
*Attorney for Defendants including Spiros Botos*

/s/Glenn Gruder
Glenn Gruder
*Attorney for Defendant Spiros Botos*